1  Sean P. Flynn (Admitted *Pro Hac Vice*)
   **GORDON & REES LLP**
2  2211 Michelson Dr., Suite 400
   Irvine, CA 92612
3  Telephone: (949) 255-6950
   Facsimile: (949) 474-2060
4  sflynn@gordonrees.com

5  John L. Condrey  (SBN:  026220)
   **GORDON & REES LLP**
6  111 W. Monroe Street, Suite 1600
   Phoenix, AZ 85003
7  Telephone:  (602) 794-2460
   Facsimile:  (602) 265-4716
8  jcondrey@gordonrees.com

9  Attorneys for  Defendant
   I.C. System, Inc.
10

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL REID, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>I.C. SYSTEM, INC., a Minnesota Corporation<br><br>Defendant. | CASE NO.   2:12-cv-02661-ROS<br><br>**DEFENDANT I.C. SYSTEM, INC.'S NOTICE OF MOTION FOR AN AWARD OF COSTS AGAINST DAVE VACARRO**<br><br>Action Filed: December 14, 2012<br>Trial Date:    None Set |

**TO PLAINTIFFS MICHAEL REID AND DAVE VACARRO AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's May 6, 2014 Order and Rule 41(d) of the Federal Rules of Civil Procedure, Defendant, I.C. System, Inc., ("Defendant") hereby moves for an award of $12,816.34 in costs, including attorney's fees, against Plaintiff Dave Vacarro and for a stay of the instant action until the same is paid.

1   This motion is based on this notice of motion and motion, the concurrently-filed
2 memorandum in support of the motion, and the concurrently-filed declaration of Sean
3 Flynn. Pursuant to the Court's May 6, 2014 Order, there is no hearing date set for this
4 motion.

6   Dated May 20, 2014.

7                                     GORDON & REES LLP

10                          By:    s/Sean P. Flynn
                                   Sean P. Flynn
                                   Attorneys for Defendant
11                                 I.C. System, Inc.

NA/19594390v.1