**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq.
ak@kazlg.com
Matthew M. Loker, Esq.
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LEMBERG LAW LLC**
Trinette G. Kent, Esq.
tkent@lemberglaw.com
10645 North Tatum Blvd., Ste. 200-192
Phoenix, AZ 85028
Telephone: (855) 301-2100
Facsimile: (203) 653-3424

**HYDE & SWIGART**
Joshua B. Swigart, Esq.
josh@westcoastlitigation.com
David McGlothlin, Esq.
david@westcoastlitigation.com
2633 E. Indian Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

**LEMBERG LAW LLC**
Sergei Lemberg, Esq.
slemberg@lemberglaw.com
Stephen Taylor, Esq.
staylor@lemberglaw.com
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

*Attorneys for Plaintiff,*
Michael Reid

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL REID, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**I.C. SYSTEM, INC.**<br><br>Defendant. | **Case No.:** 2:12-cv-2661 ROS<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**HON. ROSLYN O. SILVER** |

---

**NOTICE RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff MICHAEL REID ("Reid") hereby moves the Court pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the Class Action Settlement reached in this case.  Specifically, through this Motion, Reid moves, for certification of a settlement class; appointment of class counsel and class representatives; preliminary approval of the proposed Class Action Settlement; and, approval of the Parties' proposed plan to provide notice to the class.  This Motion is made on the following grounds:

1. The proposed Class satisfies the requirements of Rule 23 for conditional certification for settlement purposes only;
2. The proposed settlement is the product of non-collusive negotiations and is fundamentally fair, reasonable and adequate; and hence, warrants preliminary approval.

As discussed herein, Defendant I.C. SYSTEM, INC. ("ICS") does not oppose this motion.

This Motion is based on the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Dated: June 30, 2015                                **KAZEROUNI LAW GROUP, APC**

                                                    By:   ___/s/ Matthew M. Loker___
                                                    MATTHEW M. LOKER, ESQ.
                                                    ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626