# PLAINTIFF'S EXHIBIT 1

Transcript re: Deposition of Ryan Bacon

---

*In The Case Of*

***Michael Reid, Individually and on Behalf of All Others Similarly Situated,***

***v.***

***I.C. System, Inc.,***

**2:12-cv-2661 ROS**

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1, COSTA MESA, CA 92626
(800) 400-6808

UNITED STATES DISTRICT COURT

THE DISTRICT OF ARIZONA

---------------------------------------------------

Michael Reid and Dave Vacarro, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs. File No. 2:12-cv-02661-ROS

I.C. System, Inc.,

Defendant.

---------------------------------------------------

DEPOSITION OF

RYAN BACON

Rule 30(b)(6)

Taken on December 15, 2014

Commencing at 9:55 a.m.

REPORTED BY: NANCY G. GISCH, RMR, CRR, CLR

The deposition of RYAN BACON, taken on December 15, 2014, commencing at approximately 9:55 a.m., taken at 33 South Sixth Street, Suite 3800, Minneapolis, Minnesota, before Nancy G. Gisch, Registered Merit Reporter, Certified Realtime Reporter, Certified LiveNote Reporter, a notary public in and for the State of Wisconsin.

A P P E A R A N C E S

On Behalf of the Plaintiffs:

STEPHEN TAYLOR, ESQ.
staylor@lemberglaw.com
Lemberg Law LLC
1100 Summer Street
Stamford, Connecticut 06905
203-653-2250

(Appearances continued on next page.)

On Behalf of the Defendant:

MICHAEL A. KLUTHO, ESQ.
mklutho@bassford.com
Bassford Remele
33 South Sixth Street
Suite 3800
Minneapolis, Minnesota 55402-3707
612-333-3000

I N D E X

WITNESS: RYAN BACON PAGE

EXAMINATION BY MR. TAYLOR.................... 6

CONFIDENTIAL DESIGNATIONS:

By Mr. Klutho.................... 37, 60, 79, 131

EXHIBITS MARKED AND REFERRED TO:

EXHIBIT 1: Notice of Deposition............. 19

EXHIBIT 2: Collect Screen................... 53
ICS 000026-000033 (Confidential)

EXHIBIT 3: Full Name: Vitek Kozlowski...... 96
ICS 000728-000732 (Confidential)

EXHIBIT 4: Account: 74763239-1-59 Status:
A -- New Business.................... 101
ICS ACT 025239-025248 (Confidential AEO)

EXHIBIT 5: Order............................ 102

EXHIBIT 6: This Collection Services
Agreement............................ 117
ICS 000739-000781 (Confidential AEO)

EXHIBIT 7: FACS Computer Training........... 127
ICS 000811-000832 (Confidential)

(Exhibits continued on next page.)

EXHIBIT 8: Intelligent Collections Engine
Collection Training.................. 127
ICS 000833-000975 (Confidential)

EXHIBIT 9: Starr Surplus Lines Insurance
Company 5/13/13 letter to J. Hays
from T. Dourgarian.................... 156
ICS 000787-000810 (Confidential)

EXHIBIT 10: Starr Surplus Lines Insurance
Company Specialty Professional
Liability Policy..................... 156
ICS 000976-000998 (Confidential)

EXHIBIT 11: Declaration of Tom Emms........ 165

(Original exhibits attached to original transcript; copies to counsel.)

A. Yes. Sean? Yeah, Sean, Sean.
Q. And do you see this first topic here?
"Defendant's telephone dialing system, software, call centers and dialing method used to place calls to plaintiffs' cellular telephone numbers"?
A. Yes, I do see that.
Q. What dialing systems were used to call the plaintiffs' cellular telephone numbers?
A. We have a Avaya dialer.
Q. Anything else?
A. No.
Q. Okay. Do you have other dialers, in addition to the Avaya dialer?
A. No.
Q. Okay. There's not an Aspect Dialer or an Aspect telephonic switch?
A. There's -- you -- a dialer, so yes, there's an Aspect telephone switch that pushes the calls through -- out through to them. But, as far as dialers go, just the Avaya.
Q. Is there a Noble dialer?
A. There is a Noble dialer in our basement that has been unplugged for many years, so ...
Q. Okay. When was it unplugged?

Q. Okay. How many different Avaya dialers are there?
A. There are four. Yeah, four.
Q. Are they all the same or are they --
A. Yes. They are identical.
Q. Four used is to give four times the capacity, is that --
A. Correct.
Q. -- correct?
And how did the Avaya -- how does the Avaya dialer work?
A. Certainly don't know every inner working of it, but essentially we load of list of debts into the Avaya dialer each day. We take that list, decide what portion we're going to call. And then it starts working that list, calling out through our dialer campaigns.
Q. Does it use prerecorded voices or artificial messages?
A. We do not use artificial messages. There are prerecorded voices for things like a hold queue.
Q. What do you mean by that?
A. If an agent isn't available, they'll get a prerecorded message that says, essentially,

It would give a list of those accounts and then we'd start the dialing.

Q. Okay. And another campaign might say the number of times the -- try specific number in a day? Or let me put it this way. That might be a parameter of a campaign?

A. You could -- with the dialer, you could set a parameter to call an account twice in a day or -- yes.

Q. Okay. And what happens when the dialer makes a call?

A. Person's telephone rings on the other side.

Q. Okay. And then, if they pick up, the call is routed to an I.C. collection agent?

A. Correct.

Q. Okay. Or a message plays that says, "Please hold for next available representative."

A. That's right.

Q. It hits an answering machine, what happens?

A. Typically we would disconnect the call then.

Q. Okay. What if you -- you said "typically." So what if you don't disconnect the

Could it pull up that information?

A. For just calls made to the Avaya dialers is what you're saying. I -- I would imagine you can get to that, yes.

Q. Okay. So -- and you could get to that if I wanted to say all calls made by the Avaya dialer for the last five years?

A. It would be a very, very cumbersome process to get that, but I -- with time and money, anything's possible with -- on the database, I would assume.

Q. Why do you think it would be cumbersome?

A. With the number of calls that were to be made -- and we don't look at reporting in that manner, so it would have to be programmed.

Q. Okay. So a program -- let me -- let me ask you this way.

Do you know if that information is stored in the -- if there is a database of Avaya calls placed independent of being tied to a specific account?

A. Just for the dialer. We don't aggregate it that way on all the -- all the data is there, but we don't aggregate it in a way that we're looking at just one source over another.

A. Yep.

Q. -- on 241.

A. Okay.

Q. Is that the -- the -- the "wrong number" hot key that's going to trigger that sort of change in status from unknown to "bad"?

A. Yes.

Q. Okay. And as we go through the account notes that were produced again, the -- the 2,000 account notes, where we see that -- well, are we always going to see it as TDNC WN? Because it's -- it's -- "TDNC" means what, again?

A. So -- means that the dialer made the telephone call. There's no contact.

(Court reporter requested repeat.)

A. (Continuing) Yeah. The dialer made the telephone call. And then there was no contact with the right party from that. And that we identify as a wrong number.

Q. Okay. So that's going to show up as TDNC WN in all these account notes, if that occurred?

A. As long as -- yeah. As long as -- within the time frame that we've been using hot keys. So there's a period of time that we would have to

A. Okay.

Q. -- beginning with Bates stamp 779.

And eBay is setting up the parameters for how I.C. Systems is to make collection calls, is that correct?

A. That's what it appears to be, yes.

Q. And if we look under the -- there's a table here where it says -- it says, "Dial Attempt Outcome" and then "Collector Procedure."

So this is saying if a call made by I.C. Systems has this outcome, here is what the -- the collector has to do, correct?

A. Yes.

Q. And then under "Wrong Number," under "Dial Attempt Outcome," it says if I.C. called a wrong number, the procedure I.C. Systems is to follow is to adequately -- if it has adequately confirmed that it's a wrong number, that it "needs to be removed from outbound dialing campaigns and stored in the system notes."

Do you see that?

A. I do see that.

Q. Okay. So when we were going over the notes previously --

A. Uh-huh.

And we spoke earlier about the -- you said if time and money were no object, you think that queries could be programmed to run searches for the WN notation.

Do you recall testifying in those regards?

A. I do.

Q. Okay. And that's kind of what I'm asking, in a similar vein here, is that -- can queries be programmed in the ICE system to run different -- to pull different information?

MR. KLUTHO: Objection, lack of foundation.

Q. (By Mr. Taylor, continuing) So let's try it this way. Do you know if the ICE system can be queried?

MR. KLUTHO: Object to the form of the question.

Q. (By Mr. Taylor, continuing) You can answer, if you understand.

A. Yes, you can query ICE.

Q. Right. So I can query ICE. I can say, "Show me Mr. Taylor's account," correct?

A. Yes.

Q. And I can put in a more -- different sort of query. I put in "Show me every eBay account

A. I -- yep.

Q. Okay. And if we wanted to go back and look at all of the -- the accounts that are in the archive and look at finding WN code and find them in relation to numbers that were called and says "WN" for "wrong number," that can be done, correct?

A. What I said is that I would imagine that could be done.

Q. Okay. Did Mr. Emms -- did you ask him if it can be done?

A. No. Exactly that, no.

Q. Okay.

A. I asked him if -- if we have the capability to do that.

Q. Okay. And he --

A. And he says, "No, we don't."

Q. Okay. And -- but he said that you don't have the current capability to do it or did he say that, you know, we would need to do X, Y, Z, like he references in his --

MR. KLUTHO: Objection, asked and answered.

Q. (By Mr. Taylor, continuing) -- affidavit?

You can answer.