# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Reid, et al., | No. CV-12-02661-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| I.C. System Incorporated, | |
| Defendant. | |

The Court having considered the parties' stipulation to extend time, and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 190) is **APPROVED**, and the time for Plaintiff to file his amended motion for preliminary approval of class action settlement is extended to and including January 4, 2016.

Dated this 16th day of December, 2015.

_____
Honorable Roslyn O. Silver
Senior United States District Judge