# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Reid, et al., | No. CV-12-02661-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| I.C. System Incorporated, | |
| Defendant. | |

The Court having considered Defendant's ex parte application to extend time, and there being no objection,

**IT IS ORDERED** the application (Doc. 192) is **GRANTED** and Plaintiffs shall have to and including January 19, 2016 to file their amended motion for preliminary approval of class action settlement. Absent extraordinary circumstances, no further extensions of the deadline will be granted.

Dated this 4th day of January, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge