| | |
|---|---|
| **KAZEROUNI LAW GROUP, APC** | **LEMBERG LAW LLC** |
| Abbas Kazerounian, Esq. | Trinette G. Kent, Esq. |
| ak@kazlg.com | tkent@lemberglaw.com |
| Matthew M. Loker, Esq. | 10645 North Tatum Blvd., Ste. 200-192 |
| ml@kazlg.com | Phoenix, AZ 85028 |
| 245 Fischer Avenue, Unit D1 | Telephone: (855) 301-2100 |
| Costa Mesa, CA 92626 | Facsimile: (203) 653-3424 |
| Telephone: (800) 400-6808 | |
| Facsimile: (800) 520-5523 | |
| | |
| **HYDE & SWIGART** | **LEMBERG LAW LLC** |
| Joshua B. Swigart, Esq. | Sergei Lemberg, Esq. |
| josh@westcoastlitigation.com | slemberg@lemberglaw.com |
| David McGlothlin, Esq. | Stephen Taylor, Esq. |
| david@westcoastlitigation.com | staylor@lemberglaw.com |
| 2633 E. Indian Road, Suite 460 | 1100 Summer Street |
| Phoenix, AZ 85016 | Stamford, CT 06905 |
| Telephone: (602) 265-3332 | Telephone: (203) 653-2250 |
| Facsimile: (602) 230-4482 | Facsimile: (203) 653-3424 |

*Attorneys for Plaintiff,*
Michael Reid

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **MICHAEL REID, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**I.C. SYSTEM, INC.**<br><br>Defendant. | **Case No.:** 2:12-cv-2661 ROS<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**HON. ROSLYN O. SILVER** |

NOTICE RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff MICHAEL REID ("Reid") hereby moves the Court pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the Amended Class Action Settlement reached in this case.  As before, Reid moves, for certification of a settlement class; appointment of class counsel and class representatives; preliminary approval of the proposed Class Action Settlement; and, approval of the Parties' proposed plan to provide notice to the class.  This Motion is made on the following grounds:

1. The proposed Class satisfies the requirements of Rule 23 for conditional certification for settlement purposes only;
2. The proposed settlement is the product of non-collusive negotiations and is fundamentally fair, reasonable and adequate; and hence, warrants preliminary approval.

As discussed herein, Defendant I.C. SYSTEM, INC. ("ICS") does not oppose this motion.

This Motion is based on the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Dated: January 19, 2016                                  **KAZEROUNI LAW GROUP, APC**

                                                         By:  ___/s/ Abbas Kazerounian___
                                                              ABBAS KAZEROUNIAN, ESQ.
                                                              ATTORNEY FOR PLAINTIFF

**KAZEROUNI LAW GROUP, APC**
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

**NOTICE RE: UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**                                                PAGE 1 OF 1