David J. McGlothlin, Esq. (SBN: 026059)
david@westcoastlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone:   (602) 265-3332
Facsimile:   (602) 230-4482

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| MICHAEL REID AND DAVE VACARRO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>                    PLAINTIFF,<br><br>V.<br><br>I.C. SYSTEM, INC.,<br><br>                    DEFENDANT. | **CASE NO:** 2:12-cv-02661-ROS<br><br>**Request for Oral Argument**<br><br>**Hon. Roslyn O. Silver** |

**PLEASE TAKE NOTICE:** The parties hereby request oral argument on Plaintiff's Motion for Preliminary Approval of Amended Class Action Settlement (ECF Docket # 195).

Date: January 21, 2016              **HYDE & SWIGART**

                                    By:  *s/ David J. McGlothlin*
                                         David J. McGlothlin
                                         Attorneys for Plaintiff