1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**

7

**FOR THE DISTRICT OF ARIZONA**

8

9  Michael Reid, et al.,                        No. CV-12-02661-PHX-ROS

10                      Plaintiffs,              **ORDER**

11  v.

12  I.C. System Incorporated,

13                      Defendant.

14

15          Pursuant to the parties' stipulation and good cause appearing,

16          **IT IS ORDERED** the stipulation (Doc. 202) is **APPROVED**, the parties have

17  through and including April 18, 2016 to notify the Court whether they intend to move for

18  preliminary approval of a class action settlement.

19          Dated this 15th day of April, 2016.

20
21
22          _____
            Honorable Roslyn O. Silver
23          Senior United States District Judge

24
25
26
27
28