# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Reid, et al., | No. CV-12-02661-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| I.C. System Incorporated, | |
| Defendant. | |

Pursuant to the Parties' stipulation for more time to file a third motion for preliminary approval of a class action settlement and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 211) is **GRANTED**. The Parties are instructed to file the motion for preliminary approval of the class action settlement no later than **August 8, 2016**.

Dated this 22nd day of July, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge