1
2
3
4
5
6              IN THE UNITED STATES DISTRICT COURT
7                  FOR THE DISTRICT OF ARIZONA
8
9    Michael Reid, et al.,                    No. CV-12-02661-PHX-ROS
10            Plaintiffs,                      **ORDER**
11   v.
12   I.C. System Incorporated,
13            Defendant.
14
15          Pursuant to the Parties' stipulation to extend time to file the amended motion for
16   preliminary approval and good cause appearing,
17          **IT IS ORDERED** the stipulation (Doc. 213) is **GRANTED**. The time for the
18   Parties to file the amended motion for preliminary approval of settlement is extended
19   through and including **August 29, 2016**.
20          Dated this 3rd day of August, 2016.
21
22
23                                              Honorable Roslyn O. Silver
24                                              Senior United States District Judge
25
26
27
28