# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Reid, et al., | No. CV-12-02661-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| I.C. System Incorporated, | |
| Defendant. | |

Settlement class representative Michael Reid ("Plaintiff") alleged Defendant I.C. System Incorporated ("Defendant") contacted Plaintiff and others in a manner that violated the Telephone Consumer Protection Act of 1990. The parties entered into a settlement agreement requiring Defendant to pay over $3 million to resolve all claims against it during the class period, which was approved by this Court following the July 18, 2018, final approval hearing. (Docs. 215; 218; 239; 260). Among its provisions, the settlement agreement provides that, following approval, all class members' claims will be dismissed with prejudice. (Doc. 215-3).

Accordingly,

**IT IS ORDERED** the Clerk is directed to enter a judgment of dismissal with prejudice.

Dated this 27th day of August, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge