# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Reid, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>I.C. System Incorporated,<br><br>　　　　Defendant. | **NO. CV-12-02661-PHX-ROS**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 28, 2018, the complaint and action are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

August 28, 2018

　　　　　　　　　　　　　　　　　　s/ Rebecca Kobza
　　　　　　　　　　　　　　By　　Deputy Clerk