**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq.
ak@kazlg.com
David McGlothlin, Esq.
david@kazlg.com
Matthew M. Loker, Esq.
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LEMBERG LAW LLC**
Trinette G. Kent, Esq.
tkent@lemberglaw.com
10645 North Tatum Blvd., Ste. 200-192
Phoenix, AZ 85028
Telephone: (855) 301-2100
Facsimile: (203) 653-3424

**LEMBERG LAW LLC**
Sergei Lemberg, Esq.
slemberg@lemberglaw.com
Stephen Taylor, Esq.
staylor@lemberglaw.com
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

*Attorneys for Plaintiff*,
Michael Reid

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Michael Reid, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**I.C. System Incorporated,**<br><br>Defendant. | **Case No.:** CV-12-02661-PHX-ROS<br><br>**PLAINTIFF MICHAEL REID'S MOTION FOR FINAL DISTRIBUTION OF SETTLEMENT FUND**<br><br>**HON. ROSLYN O. SILVER** |

The Order Granting Final Approval of the Parties' Class Action Settlement was issued on July 26, 2018. [ECF No. 260, *Reid v. I.C. Sys.*, No. CV-12-02661-PHX-ROS, 2018 U.S. Dist. LEXIS 125663 (D. Ariz. July 26, 2018)]. "This settlement…provide[d] $685.76 to 93 class members (the 'single recovery claimants'), and $1,371.53 to the 1,715 class members who are entitled to a double recovery ('double recovery claimants.')." *Reid*, 2018 U.S. Dist. LEXIS 125663, at *6. On December 24, 2019, the Ninth Circuit affirmed this Order following Defendant I.C. System Incorporated's ("ICS") Appeal. [795 Fed. Appx. 509 (9th Cir. Dec. 24, 2019)].

In preparation for the mailing of these funds to the class members, Class Counsel determined that the pro rata distribution described above included Notice Costs not explicitly presented to this Court when the Claims Administrator, Dahl Administration LLC ("Dahl"), sought to deduct these monies from the Settlement Fund prior to distribution. Specifically, Dahl now seeks to recover further Notice Costs from the Settlement Fund in the amount of $87,966.75. This amount is in addition to the $100,000.00 in Notice Costs from ICS in accordance with the Parties' Settlement Agreement as well as $28,155.64 from Class Counsel for the Supplemental Notice Ordered by this Court due to the date of the Final Approval Hearing changing. Class Counsel; however, objected to the $87,966.75 deduction since Class Counsel did not believe that this Court had previously authorized such a deduction and also objected to ensure that the pro rata distribution was not inappropriately diluted.

Class Counsel and Dahl then engaged in numerous communications regarding the additional Notice Costs in order to determine why the overage occurred in the first place and what the requested funds are intended to compensate Dahl for. Through this investigation, Class Counsel determined that $72,500 of the $87,966.75 was incurred in connection with the supplemental notice performed herein with the remaining $15,466.75 being incurred as a result of the work performed by Dahl during the lengthy appeal process.

KAZEROUNI LAW GROUP, APC
245 FISHER AVENUE, UNIT D1
COSTA MESA, CA 92626

### A Majority of Dahl's Requested Fees Are for Previously Court Approved Work

$72,500 of the amount requested by Dahl is for the work previously approved by this Court. As explained in the August 2017 Status Report (ECF 229), Dahl (through the use of an additional vendor) made the notice process more robust by performing a search for email addresses associated with phone numbers identified as called by ICS. Dahl was then able to directly email these email addresses the long form notice of the class settlement. This work and associated costs were necessary to ensure the best practicable notice was provided to the putative class members. Therefore, Class Counsel respectfully requests that this amount is approved to be paid from the Settlement Fund.

### The Remainder of Dahl's Requested Fee Is Due to Increased Costs from the Appeal But Does Not Change the Amount Due to the Class

The remaining $15,466.75 is attributed to the unexpected length of time that this litigation took to resolve following ICS' appeal. Dahl maintained the settlement website and acted as claims administrator during the entire year and a half appeal to the Ninth Circuit. See the Declaration of Joanna Artig, Dahl Claims Administrator "Artig Declaration" ¶ 9. Dahl was required to interact with Class Members while maintaining the Settlement Website and toll-free telephone line during this extended period.

In the event this Court permits Dahl to recover the additional notice costs from the Settlement Fund, the pro rata distribution will remain essentially unchanged. When Dahl originally performed the calculations for the single and double recovery to be paid to the class that was cited in the Final Approval Motion, Dahl based the calculation on their second estimate of claims administration fees in the amount of $172,500. Now when doing the final calculation, although the administration costs have increased Dahl discovered nine additional duplicative claims requests (2 for double recovery and 7 for single recovery). After reducing the class size to account for these duplicates, the single recovery claimants will continue to receive $685.76; and, the double recovery claimants will continue to receive $1,371.53. See Artig Declaration ¶ 7. Therefore, the Class still receives a substantial benefit from the settlement; a benefit previously noted to "exceed

KAZEROUNI LAW GROUP, APC
245 FISHER AVENUE, UNIT D1
COSTA MESA, CA 92626

CASE NO.: CV-12-02661-PHX-ROS        2 OF 3        *Reid, et al. v. I.C. System, Inc.*
**PLAINTIFF MICHAEL REID'S MOTION FOR FINAL DISTRIBUTION OF SETTLEMENT FUND**

amounts awarded to claimants in similar actions." *Reid*, 2018 U.S. Dist. LEXIS 125663, at *6.

Alternatively in the event this Court denies Dahl's request, the single recovery claimants will receive $702.84 and the double recovery claimants will receive $1,405.68, approximately 3% more per class member.

**Conclusion**

Given the minimal increase of the pro rata distribution in conjunction with the Due Process concerns that necessitated the Supplemental Notice and continued administration, Class Counsel requests this Court permit Dahl to recover its remaining Notice Costs of $87,966.75 from the Settlement Fund.

DATED: May 5, 2020                                          **KAZEROUNI LAW GROUP, APC**

                                                            By:     /s/ Matthew M. Loker
                                                                 MATTHEW M. LOKER, ESQ.
                                                                 ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISHER AVENUE, UNIT D1
COSTA MESA, CA 92626

CASE NO.: CV-12-02661-PHX-ROS    3 OF 3    *Reid, et al. v. I.C. System, Inc.*
PLAINTIFF MICHAEL REID'S MOTION FOR FINAL DISTRIBUTION OF SETTLEMENT FUND