IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Reid, et al., | No. CV-12-02661-PHX-ROS |
| Plaintiffs, | **ORDER** |
| v. | |
| I.C. System Incorporated, | |
| Defendant. | |

Having reviewed Plaintiffs' Motion for Final Distribution of Settlement Fund (Doc. 273), and good cause appearing,

**IT IS ORDERED** the Motion for Final Distribution (Doc. 273) is **GRANTED**. Claims Administrator Dahl Administration LLC shall recover its remaining Notice Costs of $87,966.75 from the Settlement Fund.

**IT IS FURTHER ORDERED** Claims Administrator Dahl Administration LLC shall issue payments to participating class members within 30 days of this Order.

Dated this 18th day of August, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge