**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq.
ak@kazlg.com
Matthew M. Loker, Esq.
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq.
josh@westcoastlitigation.com
David McGlothlin, Esq.
david@westcoastlitigation.com
2633 E. Indian Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

**LEMBERG LAW LLC**
Trinette G. Kent, Esq.
tkent@lemberglaw.com
10645 North Tatum Blvd., Ste. 200-192
Phoenix, AZ 85028
Telephone: (855) 301-2100
Facsimile: (203) 653-3424

**LEMBERG LAW LLC**
Sergei Lemberg, Esq.
slemberg@lemberglaw.com
Stephen Taylor, Esq.
staylor@lemberglaw.com
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

*Attorneys for Plaintiff,*
Michael Reid

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Michael Reid, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**I.C. System Incorporated,**<br><br>Defendant. | **Case No.:** CV-12-02661-PHX-ROS<br><br>**NOTICE OF PLAINTIFF MICHAEL REID'S MOTION FOR A SECOND DISTRIBUTION TO CLASS MEMBERS AND CY PRES DISTRIBUTION FROM THE RESIDUAL SETTLEMENT FUND**<br><br>**HON. ROSLYN O. SILVER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff MICHAEL REID ("Plaintiff") will move this Court for an Order: (1) approving the reissuance of four settlement checks to Class Members who requested reissues, (2) issuing a second distribution of settlement funds to Class Members, including the four who requested reissues, and (3) providing that the remainder of settlement funds be awarded to *cy pres* recipients.

This Motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Points and Authorities, and the Declarations filed concurrently herewith, as well as such other evidence as may be presented at the hearing of this Motion.

DATED: July 1, 2021                               **KAZEROUNI LAW GROUP, APC**

                                                          By: /s/ Matthew M. Loker
                                                          MATTHEW M. LOKER, ESQ.
                                                          ATTORNEY FOR PLAINTIFF

| CASE NO.: CV-12-02661-PHX-ROS | 1 OF 1 | *Reid, et al. v. I.C. System, Inc.* |

**NOTICE OF PLAINTIFF MICHAEL REID'S MOTION FOR A SECOND DISTRIBUTION TO CLASS MEMBERS AND CY PRES DISTRIBUTION FROM THE RESIDUAL SETTLEMENT FUND**